☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

JUL 2 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Deshaun Lee Humeyumptewa,<br><br>　　　　Defendant. | CR-19-0886-PHX-DWL (JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 113(a)(7)<br>　　　(CIR - Assault Resulting in Substantial Bodily Injury to Intimate or Dating Partner)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(8)<br>　　　(CIR - Assault by Strangulation or Suffocation of an Intimate or Dating Partner)<br>　　　Counts 2 and 3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about December 19, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, Deshaun Lee Humeyumptewa, an Indian, did intentionally, knowingly and recklessly assault the victim, E.J.M., who was an intimate and dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

### COUNT 2

On or about December 19, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, Deshaun Lee Humeyumptewa, an Indian, did intentionally, knowingly and recklessly assault the victim, E.J.M., who was an intimate and dating partner, by strangulation or suffocation, while she

was lying on the ground.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

### COUNT 3

On or about December 19, 2018, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, Deshaun Lee Humeyumptewa, an Indian, did intentionally, knowingly and recklessly assault the victim, E.J.M., who was an intimate and dating partner, by strangulation or suffocation, while she was sitting on the floor.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

A TRUE BILL

_____*s/*_____
FOREPERSON OF THE GRAND JURY
Date: July 23, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona


_____*s/*_____
CHRISTINE D. KELLER
Assistant U.S. Attorney